CAPITAL NATIONAL BANK ET AL. V. FIRST NATIONAL BANK OF CADIZ, OHIO.

FILED DECEMBER 2, 1896.  No. 7345.

Banks and Banking: RECEIVERS: TRUST FUNDS.

ERROR from the district court of Lancaster county. Tried below before STRODE, J.

*Cobb & Harvey* and *G. M. Lambertson*, for plaintiffs in error.

*John B. Cunningham* and *Abbott, Selleck & Lane, contra.*

RYAN, C.

This case is of the same general nature as *Capital Nat. Bank v. Coldwater Nat. Bank*, 49 Neb., 786. It was submitted upon the same argument, and, governed by the result reached in that case, this is

AFFIRMED.